■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS A. WRIGHT, Appellant. (Appeal No. 1.) [964 NYS2d 56]— Appeal from a resentence of the Ontario County Court (Frederick G. Reed, A.J.), rendered November 10, 2010. Defendant was resentenced upon his conviction of criminal possession of a controlled substance in the fourth degree and assault in the second degree (two counts).

It is hereby ordered that the resentence so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.